[No. 1371-3.    Division Three.    January 6, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 64309, Albert N. Bradford, J., entered December 18, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3369-1.    Division One.    January 12, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. ROOSEVELT BANKSTON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 68287, William C. Goodloe, J., entered October 4, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3593-1.    Division One.    January 12, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. LOUIS TALPS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 70088, Ward Roney, J., entered January 17, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 2979-1.    Division One.    January 12, 1976.]

DAVID S. TURNBULL, *Respondent,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 768928, Horton Smith, J., entered April 5, 1974. *Reversed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Andersen, J.